STATE OF MINNESOTA

IN SUPREME COURT

A16-1832



December 29, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Andrew Marc Small, a non-Minnesota Attorney.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Andrew Marc Small committed professional misconduct warranting public discipline—namely, engaging in the unauthorized practice of law while not licensed in the State of Minnesota. *See* Minn. R. Prof. Conduct 5.5(a), 5.5(b), 8.4(d).

Respondent waives his rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR), unconditionally admits the allegations in the petition, and with the Director recommends that the appropriate discipline is a public reprimand.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Andrew Marc Small is publicly reprimanded.

2.      Respondent shall pay $900 in costs pursuant to Rule 24, RLPR.

1

Dated: December 29, 2016

BY THE COURT:

David R. Stras
Associate Justice

MCKEIG, J., took no part in the consideration or decision of this case.